ACCEPTED
03-15-00410-CR
8302798
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/18/2015 2:28:13 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00410-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/18/2015 2:28:13 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE
# THIRD SUPREME JUDICIAL DISTRICT
# AT AUSTIN, TEXAS

**EDGAR SANGILLO,**
**Appellant**

**vs.**

**THE STATE OF TEXAS,**
**Appellee**

**Appeal from the 299th Judicial District Court**
**Cause No. D-1-DC-12-200962**
**Travis County, Texas**
**The Honorable Karen R. Sage, Judge Presiding**

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME

Gary E. Prust
State Bar No. 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102
gary@prustlaw.com

**ATTORNEY FOR APPELLANT**

**ORAL ARGUMENT IS NOT REQUESTED**

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE BRIEF**

Appellant, Edgar Sangillo, files this, his "First Motion for Extension of Time to File Brief," and in support thereof shows as follows.

I.

1.     Appellant's Motion is brought pursuant to TEX.R.APP.P 10.5(b).

2.     Appellant has not requested previously an extension of time within which to file his brief.

3.     Appellant's brief is due on December 23, 2015.

4.     Appellant's attorney was appointed by order of the trial court to represent Appellant in this cause and the companion case in cause number 03-15-00411-CR on December 16, 2015. Appellant has multiple trial court settings and other appeals due in the near future.

5.     In order to address the issues raised in the present appeal thoroughly, Appellant's attorney will require more time to complete his brief. Appellant's attorney will require until January 23, 2016 to complete his brief.

6.     Accordingly, Appellants request that this Court allow him until January 23, 2016 to file his brief.

Respectfully submitted,

Gary E. Prust
SBN 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102
gary@prustlaw.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Motion was served on the Travis County District Attorney via facsimile transmission to 512-854-9695 on this 18th day of December, 2015.

Gary E. Prust

## CERTIFICATE OF CONFERENCE

In compliance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies he conferred with the Travis County District Attorney's office before filing this motion, and they expressed no opposition to this motion.

Gary E. Prust

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. PROC. 9.4(i)(3), I hereby certify this brief contains 152 words. This is a computer-generated document created in Microsoft word, using 14-point typeface. In making this this certificate, I rely on the word county provided by the software use to prepare the document.

Gary E. Prust